# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK HOLT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3644** |
| **JEFFERSON PARISH CORRECTIONAL CENTER** | **SECTION "B"(2)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's request for a stay of the above-captioned action (Record Doc. No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that the petition of Derrick Holt for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITHOUT PREJUDICE** for failure to exhaust available state court remedies.

New Orleans, Louisiana, this 26th day of February, 2009.

UNITED STATES DISTRICT JUDGE